LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-04348 BRO (JCGx) | Date | August 27, 2014 |
|---|---|---|---|
| Title | ANHING CORPORATION V. VIET PHU, INC. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS)

# ORDER TO SHOW CAUSE RE: SANCTIONS

Pursuant to this Court's Pretrial Order, the parties were required to submit joint proposed jury instructions to the Court by fourteen (14) days before the parties' hearing on Disputed Jury Instructions. (Dkt. No. 21 at 6–7.) To ensure that joint proposed instructions would be prepared in time, the Court's order gave explicit instructions as to when each party should submit its proposed instructions:

*Thirty-five (35) days before the hearing on Disputed Jury Instructions (as set forth in the attached schedule), plaintiff shall serve plaintiff's proposed jury instructions and special verdict forms on defendant.* Twenty-eight (28) days before the hearing, defendant shall serve on plaintiff defendant's objections to plaintiff's instructions together with any additional instructions defendant intends to offer. Twenty-one (21) days before the hearing, plaintiff shall serve on defendant plaintiff's objections to defendant's instructions.

Twenty-one (21) days before the hearing, counsel are ordered to meet and confer to attempt to come to agreement on the proposed jury instructions. The parties shall make every attempt to agree upon the jury instructions before submitting them to the Court. It is expected that counsel will agree on the substantial majority of jury instructions.

*Fourteen (14) days before the hearing, counsel shall file with the Court a JOINT set of jury instructions on which there is agreement.*

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-04348 BRO (JCGx) | Date | August 27, 2014 |
|---|---|---|---|
| Title | ANHING CORPORATION V. VIET PHU, INC. | | |

> Defendant's counsel has the burden of preparing the joint set of jury instructions.  At the same time, each party shall file its proposed jury instructions which are objected to by any other party, accompanied by points and authorities in support of those instructions.

(Dkt. No. 21 at 6–7 (emphasis added).)  The Court then set the hearing on Disputed Jury Instructions for August 25, 2014.  (Dkt. No. 21 at 14.)  Accordingly, Plaintiff Anhing Corporation was required to submit its proposed instructions to Defendant Viet Phu, Inc. by no later than July 21, 2014.  That the Court continued this hearing until September 2 is of no consequence, because the Court did not do so until August 5, 2014.  (Dkt. No. 80.)

Despite the Court's clear instructions, Plaintiff did not submit its proposed jury instructions until August 18, 2014.  (Dkt. No. 97.)  In doing so, Plaintiff acknowledged that it had violated the Court's Pretrial Order by failing to submit its proposed instructions on time.  (Dkt. No. 97 at 2 n.1.)  Plaintiff, however, provided no explanation as to why Plaintiff violated the Court's order.  Accordingly, Plaintiff's proposed instructions will be stricken from the record, and Plaintiff is ORDERED TO SHOW CAUSE why the Court should not sanction Plaintiff for failing to comply with its Pretrial Order.  Plaintiff's response to this order to show cause must be filed **no later than Friday, August 29, 2014, at 5:00 p.m.**  An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to comply with this Court's Pretrial Order.  **In addition, the parties are ORDERED to meet and confer and to file joint proposed jury instructions no later than Friday, August 29, 2014, at 5:00 p.m.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |