JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANHING CORPORATION, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>VIET PHU, INC., a California corporation<br><br>Defendant. | Case No. **CV13-04348 BRO (JCGx)**<br>Assigned to Hon. Beverly Reid O'Connell<br><br>**JUDGMENT REGARDING JURY VERDICT**<br><br>Trial Date: September 9-12, 2014<br>Courtroom.:    14 |

JUDGMENT REGARDING JURY VERDICT
DWT 24834720v1 0098671-000001

      A trial before a jury was held on September 9, 2014 through September 11, 2014 in the above-captioned matter. Plaintiff Anhing Corporation ("Anhing") and Defendant Viet Phu, Inc. ("Viet Phu") were both represented by counsel. On September 11, 2014, the jury returned a verdict in favor of Viet Phu, finding no likelihood of confusion between Anhing's asserted marks and Viet Phu's mark. Because the jury found that there was no likelihood of confusion, the additional questions posed on the special verdict form regarding willfulness and disgorgement were not reached.

      Accordingly, it is hereby ORDERED that JUDGMENT be hereby entered in favor of Viet Phu.

      IT IS FURTHER ORDERED that Viet Phu is the prevailing party in this action, and is entitled to recover its costs.

**IT IS SO ORDERED.**

Dated: September 18, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

JUDGMENT REGARDING JURY VERDICT
DWT 24834720v1 0098671-000001

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899